COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG, CLERK.
P.O. BOX 9540
AMARILLO, TEXAS 79103-9540

MARCH 25, 2015



FILED
MAR 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: ORIGINAL APPLICATION FOR WRIT OF MANDAMUS. LUIS S. LAGAITE Jr. -V- WILLIAMS STEPHEN (EXECUTIVE DIRECTOR), TDCJ, ET. AL. CASE NO# 07-15 00101-CV

DEAR MISS LONG,

PLEASE FIND ENCLOSED RELATORS AFFIDAVIT RELATING TO PREVIOUS FILINGS OF LAWSUITS THAT COMPLIES WITH 14.004 TEXAS CIVIL REMEDIES CODE. PLEASE FILE THE ABOVE DOCUMENTS IN THE ABOVE ENTITLED NAMED AND CAUSE OF ACTION,

PLEASE BRING THIS TO THE ATTENTION OF THE COURT AT YOUR EARLIEST CONVIENCE.

THANK YOU FOR YOUR COURTESEY IN THIS MATTER.

SINCERELY,

LUIS S. LAGAITE Jr
JOHN T. ~~MONTED.~~ BYRD UNIT
21. FM 247
HUNTSVILLE, TEXAS. 77320
PRO-SE 762508

# IN THE COURT OF APPEALS
## FOR THE SEVENTH DISTRICT OF TEXAS

Luis. S. LAGAITE Jr. # 762508
RELATOR

-V-

GREGORY C. BOLAND ET AL
RESPONDENT

-V-

WILLIAMS STEPHEN (EXECUTIVE DIRECTOR of T.D.C.J. ET-AL
RESPONDENT

F I L E D
MAR 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

CASE NUMBER - O
TRIAL COURT NUMBER 97061-C

## AFFIDAVIT RELATING TO PREVIOUS FILINGS THAT COMPLIES WITH 14.004

STATE OF TEXAS:
COUNTY OF WALKER:

I LUIS S. LAGAITE Jr # 762508 RELATOR HEREBY CERTIFY THAT I AM THE UNDERSIGNED AFFIANT AND I AM OVER THE AGE OF 18 YEARS OLD AND IS ABLE TO GIVE THE FOLLOWING FACTS AND STATEMENT OF MY OWN FREE WILL AND MIND.:

1) STYLE: LUIS S. LAGAITE -V- BARBARA HALE. CASE NO# N/A DATE FILING 6-5-97 TYPE OF CIVIL LAWSUIT: ABUSE OF DISCRETION. PRESIDING JUDGE, HOYT. COURT: U.S. DISTRICT. HOUSTON DIVISION: DISPOSITION: DISMISSED AS FRIVILOUS, DATE DISMISSED 10-19-97

2) STYLE. LUIS S. LAGAITE -V- JOHN ALFORD ET-AL. CASE NO# N/A. DATE FILING 12-5-97 TYPE OF LAWSUIT: UNLAWFUL DISCIPLINARY PROCEEDINGS CASE NO# N/A PRESIDING JUDGE N/A. COURT U.S. EASTERN DIVISION DISPOSITION: DISMISSED UNABLE TO STATE CLAIM DATE DISMISSED. 2-14-98

3) STYLE LUIS S. LAGAITE -V- MAJOR CAMARILLO ET-AL CASE NO# N/A DATE FILING. 7-13-98 TYPE OF LAWSUIT: CIVIL RIGHTS VIOLATION #1983, CASE NO# N/A PRESIDING JUDGE CLARK, COURT. U.S. BROVILE DIVISION, DISPOSITION: DISMISSED UNABLE TO STATE CLAIM DATE DISMISSED 9-5-98

4) STYLE LUIS S. LAGAITE -V- RICHARD DAUGHTY ET-AL CASE NO# N/A DATE FILING 11-4-99 TYPE OF LAWSUIT: RETALIATION CONSPIRACY, CASE NO# N/A PRESIDING JUDGE CLARK COURT U.S BEAUMONT DIVISION. DISPOSITION: DISMISSED AS FRIVILOUS DATE DISMISSED 3-10-2000

5) STYLE LUIS S. LAGAITE -V- DAVID SMITH ET-AL CASE NO# N/A DATE FILING AUGUST 12-2001 TYPE OF LAWSUIT: UNLAWFUL DISCIPLINARY PROCEEDINGS CASE NO# N/A PRESIDING JUDGE N/A IN THE 58TH DISTRICT COURT, DISPOSITION: DISMISSED AS FRIVILOUS DATE DISMISSED. N/A

6) STYLE: LUIS S. LAGAITE -V- WARDEN AVELON ET-AL CASE NO N/A DATE FILING 4-4-2002 TYPE OF LAWSUIT: RETALIATION UNLAWFUL DISCIPINARY PROCEEDINGS CASE NO# N/A PRESIDING JUDGE N/A IN THE NORTHERN U.S. DISTRICT COURT DISPOSITION DISMISSED AS FRIVILOUS DATE DISMISSED N/A

7) STYLE LUIS S. LAGAITE -V- WILLIAM PITTMAN ET-AL CASE NO# N/A DATE FILING. 10-29-2005 TYPE OF LAWSUIT: RETALIATION CIVIL RIGHTS #1983 CASE NO# N/A PRESIDING JUDGE MOORE IN THE 108TH DISTRICT COURT DISPOSITION DISMISSED AS FRIVILOUS. DATE DISMISSED 1-5-2012

8) STYLE LUIS S. LAGAITE -V- GREGORY C. BOLAND ET-AL CASE NO# 97061-C DATE FILING 7-19-2009 TYPE OF LAWSUIT: RETALIATION UNLAWFUL DISCIPLINARY PROCEEDINGS. PRESIDING JUDGE. ANA ESTEVEZ. IN THE 251ST DISTRICT COURT. DISPOSITION: STILL PENDING

9) STYLE LUIS S. LAGAITE -V- N. GARCIA ET-AL CASE N/A DATE FILING 5-12-2010 TYPE OF LAWSUIT. UNLAWFUL SEARCH AND SEIZURES PRESIDING JUDGE N/A COURT N/A VOLUNTARILY DISMISSED. DISPOSITION.

PLEASE LET THIS HONORABLE COURT BE ADVISED. DUE TO THE FACT THAT RESPONDENTS HAVE WITHHELD ARE MY LEGAL DOCUMENTS AND PROPERTY RELATOR CANNOT ASCERTAIN THE ACTUAL CORRECT DATES, NAMES AND FILING OF PREVIOUS FILINGS. NOR CAN HE REMEMBER THE OTHER 12 (TWELVE) PREVIOUS LAWSUITS THAT HE HAS FILED THAT ARE WITHIN HIS LEGAL DOCUMENTS AND PROPERTY, THAT IS IN THE POSSESSION OF RESPONDENT WILLIAMS STEPHEN EXECUTIVE DIRECTOR OF T.D.C.J. AT MONTFORD UNIT HOSPITAL

I LUIS S. LAGAITE JR. # 762508 HEREBY DECLARES THAT THE ABOVE STATEMENT AND FACTS HEREIN IS TRUE AND CORRECT IN ACCORDANCE TO USCA 1746 UNDER PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED
BY
LUIS S. LAGAITE JR.
~~JOHN T. MONTFORD~~
JOHN T BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320

## CERTIFICATE OF SERVICE

I LUIS S. LAGAITE JR. RELATOR HEREBY CERTIFY THAT A TRUE ORIGINAL AFFIDAVIT RELATING TO PREVIOUS FILINGS THAT COMPLIES WITH 14!.004 HAS BEEN SENT TO HONORABLE VIVIAN LONG. CLERK. U.S. MAIL POSTAGE PRE-PAID ON THIS THE 25TH DAY OF MARCH 2015 AS FOLLOWS:

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG
P.O. BOX 9540
AMARILLO, TEXAS 79103-9540

RESPECTFULLY SUBMITTED ON THIS THE 25TH DAY OF MARCH 2015
BY
LUIS S. LAGAITE JR.
JOHN T. BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320
PRO-SE 762508

(2)

762508 Luis S. Lagaite Jr.
John T. Byrd Unit
21 FM 247
Huntsville, Texas 77320

Legal

USA
FOREVER
2014

NORTH HOUSTON TX 773

Court of Appeals
Seventh District of Texas
Honorable
Vivian Long
P.O. Box 9540
Amarillo, Texas 79103-9540